IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

Southern Division

| | |
|---|---|
| CAMERON LACLAIR and MARY LACLAIR | : |
| Plaintiffs, | : |
| v. | : Case No. 10-CV-896 |
| SUBURBAN HOSPITAL, INC., et al | : |
| Defendants. | : |

### SUBURBAN HOSPITAL'S MOTION
### TO ENFORCE THE SETTLEMENT AGREEMENT

Defendant Suburban Hospital, Inc. ("Suburban"), by and through counsel, Michael von Diezelski and Adelman, Sheff & Smith, moves this Court to Enforce the Settlement Agreement (Agreement) between Suburban Hospital and Plaintiffs, and in support thereof states as follows:

1. Plaintiffs and Suburban Hospital, Inc., reached a binding and enforceable settlement agreement on May 31, 2011. Pursuant to that Agreement, the parties agreed to submit to this Court the issue of whether, as a matter of law, Suburban Hospital's alleged negligence of November 6, 2007 constituted an intervening, superseding cause of Plaintiffs claimed injuries and damages occurring thereafter such that the original tort-feasor, the Physical Therapy Defendants, would not be consider a joint tort-feasor with Suburban. Briefs on this issue were submitted prior to the scheduled June 16 hearing.

2   On June 16, 2011, the parties presented for the hearing and, for the first time, Plaintiffs argued that the Settlement Agreement included an agreement that, if this Court were unable to decide the issue as a matter of law, this Court was then empowered to make a factual

Adelman, Sheff, & Smith
180 Admiral Cochrane Dr.
Suite 370
Annapolis, MD 21401
(410) 224-3000
Fax: (410) 224-0098

determination about what injuries and damages flowed from Suburban's alleged negligence and, further, a factual determination about whether Suburban's alleged negligence was a superseding cause of those injuries and damage. This was never part of the agreement.

3      For the reasons set forth in the attached memorandum filed in support of this motion, which is incorporated by reference herein, Suburban moves this Court to enforce the Agreement on the terms agreed and rule on the motions filed in connection with this Agreement.

Respectfully Submitted,

ADELMAN, SHEFF & SMITH, LLC


_/s/ Michael E. von Diezelski_
Michael E. von Diezelski
180 Admiral Cochrane Drive
Suite 370
Annapolis, Maryland 21401
410-224-3000
Attorney for Defendant Suburban Hospital, Inc.


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July, 2011, a copy of the foregoing was sent electronically to:

Patrick M. Regan, Esquire
Jacqueline Colclough, Esquire
1919 M Street, N.W.
Suite 350
Washington, D.C. 20036-3521
*Counsel for Plaintiffs*


_/s/ Michael E. von Diezelski_

Adelman, Sheff, & Smith
180 Admiral Cochrane Dr.
Suite 370
Annapolis, MD 21401
(410) 224-3000
Fax: (410) 224-0098