UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | |
|---|---|
| CAMERON LACLAIR and MARY LACLAIR <br><br> Plaintiffs, <br><br> v. <br><br> SUBURBAN HOSPITAL, INC. <br><br> Defendant. | : <br> : <br> : <br> : <br> Case No. PJM 10-CV-896 <br> : <br> : <br> : |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT

The Plaintiffs, Cameron J. LaClair, Jr. and Mary T. LaClair, by and through undersigned counsel, hereby respectfully request that this Court enforce the settlement agreement as determined by this Court in an Ordered issued December 21, 2011. In support of this Motion, Plaintiffs state that although the Court ordered Defendant Suburban Hospital to comply with the terms of the Settlement Agreement, which included immediate cash payment of $650,000.00 to the Plaintiffs, Defendant Suburban has refused to issue payment. In further support of this Motion, the Plaintiffs respectfully refer the Court to the attached Memorandum of Points and Authorities.

Respectfully submitted,

REGAN ZAMBRI LONG

By: _____/s/_____
Patrick M. Regan #04098
pregan@reganfirm.com

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Jacqueline T. Colclough  #29104
jcolclough@reganfirm.com
1919 M Street, NW, Suite 350
Washington, DC 20036
Ph:    (202) 463-3030
Fax:   (202) 463-0667
*Counsel for Plaintiffs*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of January, 2012, a copy of Plaintiffs' Motion to Enforce Settlement, Memorandum of Points and Authorities in Support thereof and proposed Order were sent electronically to:

>Michael E. von Diezelski, Esquire
>Adelman, Sheff & Smith, LLC
>180 Admiral Cochrane Drive, Suite 370
>Annapolis, MD  21401
>mvondiezelski@hospitallaw.com

_/s/ Patrick M. Regan_
Patrick M. Regan

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

CAMERON LACLAIR and : 
MARY LACLAIR
:
    Plaintiffs,
:
v. :   Case No. PJM 10-CV-896
:
SUBURBAN HOSPITAL, INC.
:
    Defendant.
:

**MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT**

In support of their Motion, the Plaintiffs provide the following Points and Authorities:

1. On December 21, 2011, after reviewing Defendant's Motion to Enforce the Settlement Agreement filed July 1, 2011, Plaintiffs' Response filed July 15, 2011, and hearing oral argument, this Court ruled that there was an enforceable settlement agreement between the parties. See Exhibit 1.

2. Specifically, the Court found that there was a valid enforceable agreement between the parties concerning the settlement of the case, and that pursuant to the settlement agreement, Plaintiffs would receive a minimum of $650,000.00, and potentially an additional $600,000.00 pending the Court's ruling on any potential credit to which the Defendant may be entitled based upon the Plaintiffs' previous settlement with another party. See Exhibit 2.

3. Since the Court's December 21, 2011 ruling, Plaintiffs' counsel has requested on three separate occasions that Defendant make the initial settlement payment to Plaintiffs pursuant to the terms of the Settlement Agreement. See Exhibits 3, 4 and 5, Email Correspondence from Regan to von Diezelski dated December 21, 2011, December 30, 2011 and January 6, 2012.

4. Defendant has refused to honor the terms of the Court's December 20, 2011 Order and has refused to make the initial settlement payment pursuant to the Settlement Agreement. Defendant has apparently taken the position that there is no agreement. See Exhibit 6, Email Correspondence from von Diezelski to Regan dated January 3, 2012.

5. Settlement in this case was reached on May 31, 2011. Pursuant to the terms of that settlement, the initial $650,000.00 payment was due to be received by Plaintiffs' counsel no later than July 14. Since that time, Defendant has engaged in a repeated pattern of conduct in order to avoid the legal obligations set forth in the Settlement Agreement. For this reason, the Plaintiffs respectfully request that the Court compel the Defendant to make the initial payment of $650,000.00.

## CONCLUSION

For these reasons, Plaintiffs request that the Court enter an Order compelling Defendant to make the initial settlement payment of $650,000.00 to Plaintiffs per the terms of the Settlement Agreement and in compliance with this Court's Order of December 21, 2011. Plaintiffs further request that Defendant make such payment

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

expeditiously and without further delay within a time frame deemed reasonable and advisable by this Court.

                                            Respectfully submitted,

                                            REGAN ZAMBRI LONG

                          By:       /s/
                                Patrick M. Regan  #04098
                                pregan@reganfirm.com
                                Jacqueline T. Colclough  #29104
                                jcolclough@reganfirm.com
                                1919 M Street, NW, Suite 350
                                Washington, DC 20036
                                Ph:  (202) 463-3030
                                Fax:  (202) 463-0667
                                *Counsel for Plaintiffs*